Donald K. McLean, AKB #0403006
Robert D. Sykes, AKB #1809074
BAUER MOYNIHAN & JOHNSON LLP
2101 4TH Avenue - 24th Floor
Seattle, WA 98121
Telephone: (206) 443-3400
Facsimile: (206) 448-9076

Attorneys for Petitioners

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| In the Matter of:<br><br>WILLIAM N. DUSHKIN and MARILYN J. DUSHKIN, as owners and operators of the F/V BOBBI DEE for Exoneration from or Limitation of Liability<br><br>Petitioners. | IN ADMIRALTY<br><br>NO.<br><br>COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY |
|---|---|

William N. Dushkin and Marilyn J. Dushkin, as owners and operators of the F/V BOBBI DEE, allege as follows:

1. William N. Dushkin and Marilyn J. Dushkin file this action for exoneration from or limitation of liability pursuant to 46 U.S.C. § 30501 *et seq.* at Rule F of the Federal Rules of Civil Procedure, Supplemental Rules for Certain Admiralty and Maritime Claims.

2. This is a case of admiralty and maritime jurisdiction within 28 U.S.C. § 1331(1). Venue is proper in this District pursuant to SAR F(9).

3. At all times material to this Complaint, petitioners owned and operated the commercial fishing vessel the F/V BOBBI DEE, O.N. 533344.

4. On or about March 5, 2019, the BOBBI DEE was backing away from its

ATTORNEYS AT LAW
BAUER
MOYNIHAN
& JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

berth.  A mechanical failure in the gearing system prevented the operator from shifting the vessel into forward gear, resulting in an allision with the commercial fishing vessel F/V ALEUT MISTRESS.  The BOBBI DEE lies in sound condition in this District.  The value of the vessel upon termination of its voyage was no-more than $255,000.  The vessel had no pending freight.

5. The ALEUT MISTRESS sustained hull and machinery damage as a result of the allision.  Upon information and belief, the ALEUT MISTRESS's underwriters paid $340,487 for the repair of the vessel.

6. The owner of the ALEUT MISTRESS, Northern Seas Fisheries, Inc., has filed suit alleging damages to the vessel and for lost fishing revenue exceeding $154,000.  Crewmembers aboard the ALEUT MISTRESS have potential claims against the BOBBI DEE, as well.

7. Altogether, the BOBBI DEE and its owner's fact damages claims exceeding the value of the BOBBI DEE.

8. At all material times, Petitioners exercised due diligence to keep the vessel seaworthy in all respects and fit for the service in which she was engaged.  Said damages that occurred from the March 5, 2019 allision were not due to any fault, neglect, or want of care on the part of Petitioners.

9. If any negligence or fault caused or contributed to any damages, such negligence or fault occurred without the privity or knowledge of Petitioners.

10. Petitioners assert a right to exoneration for damages incurred because of the March 5, 2019 allision, or in the alternative, the right to limit its liability to the value of the BOBBI DEE.

Wherefore, Petitioners pray for the following relief:

1. That the Court accept and approve as security for value, pursuant to SAR

ATTORNEYS AT LAW
BAUER
MOYNIHAN
& JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

F(1), the Letter of Undertaking tendered to the Court.

2. That the Court accept and approve the security for costs tendered in the sum of $1,000, as required under SAR F(1) and LAR f-(1).

3. That the Court issue a monition to all persons claiming damages for any loss, damage, destruction, or injury done, occasioned, or incurred by or resulting from the March 5, 2019 incident, directing such persons to file their claims with the clerk of this Court, and to issue by mail to the attorneys for Petitioners a copy thereof on or before the date given.

4. That the Court cause to be issued public notice to all persons of such monition according to SAR F(4).

5. That the Court issue an injunction against the initiation and further prosecution of any suits, actions, or proceedings of any nature or description whatsoever, except in this proceeding, against Petitioners with respect to any claims arising out of or in connection with the March 5, 2019 incident.

6. That the Court permit Petitioners to contest their liability for all loss, damage, injury, or destruction occurring in the March 5, 2019 incident and be adjudged not liable, or if such liability is found, that the Court limit its liability to the extent provided by law.

7. That judgment be entered in favor of Petitioners discharging them from further liability for any and all damages relating to the March 5, 2019 incident.

8. That Petitioners be granted such further relief as the Court deems equitable under the circumstances.

//

//

COMPLAINT FOR EXONERATION FROM
OR LIMITATION OF LIABILITY
Case Number:
Page 3 of 4

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

Dated this 3rd day of June, 2021.

BAUER MOYNIHAN & JOHNSON LLP

/s/Donald K. McLean
Donald K. McLean, AKB #0403006
/s/Robert D. Sykes
Robert D. Sykes, AKB #1809074
2101 4TH Avenue, Ste. 2400
Seattle, WA 98121
Telephone: (206) 443-3400
Facsimile: (206) 448-9076
dkmclean@bmjlaw.com
rsykes@bmjlaw.com
Attorneys for Petitioners

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY
Case Number:
Page 4 of 4